# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATRINA ROBERTSON, INDIVIDUALLY, AND JODI ROBERTSON, ON BEHALF OF HIS MINOR CHILD, BROOKLYNN ROBERTSON

NO.  2021 CW 0878

VERSUS

THOMAS A. RYAN AND USAA CASUALTY INSURANCE COMPANY

**OCTOBER 18, 2021**

---

In Re:   USAA Casualty Insurance Company and Thomas A. Ryan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 682975.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

WIL
EW
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.